# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| LOUIS GONZALEZ, aka Carlos Ramos Sanchez, <br><br> Plaintiff, <br><br> v. <br><br> ETOWAH COUNTY, et al., <br><br> Defendants. | ) ) ) ) ) ) Case No. 4:21-cv-01250-ACA-HNJ ) ) ) ) ) |

## MEMORANDUM OPINION AND ORDER

On July 31, 2024, the magistrate judge entered a report recommending that the court dismiss as moot Plaintiff Louis Gonzalez's claims seeking declaratory and injunctive relief; dismiss without prejudice Mr. Gonzalez's official capacity claims seeking monetary relief from Warden Keith Peek, Captain Mike O'Bryant, and Chaplain Todd Walker as barred by Eleventh Amendment immunity; grant summary judgment in favor of all defendants on the remaining federal claims; decline to exercise supplemental jurisdiction over Mr. Gonzalez's state law claims; and deny Mr. Gonzalez's request for discovery and the appointment of counsel. (Doc. 51). Although the court advised the parties of their right to file specific written objections and of the consequences of failing to object, the court has not received any objections.

Mr. Gonzalez's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. Although the court's analysis of some of the claims might differ slightly from the magistrate judge's, the outcome remains the same. Accordingly, in the absence of an objection, the court **ACCEPTS** the magistrate judge's recommendations. The court **DENIES** Mr. Gonzalez's requests for discovery and appointment of counsel. The court will enter a separate final judgment consistent with the magistrate judge's recommendations.

**DONE** and **ORDERED** this September 13, 2024.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE